UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:24-cr-54

vs.

HEATHER A. SHAW,                      District Judge Michael J. Newman

    Defendant.

_____

**SCHEDULING ORDER**
_____

This criminal case is before the Court following Defendant's indictment on June 25, 2024 and arraignment on July 15, 2024. The parties have filed a joint status report and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is September 24, 2024. Doc. No. 10. However, the Court calculates that the Speedy Trial Act deadline is **September 23, 2024**, which is 70 days after Defendant's arraignment.[1] Additionally, the parties requested a pretrial conference on Labor Day. Doc. No. 10. Alternatively, the Court schedules a **joint status report deadline of August 30, 2024**. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| Discovery deadline: | **August 1, 2024** |
|---|---|
| Substantive motion filing deadline: | **August 15, 2024** |
| Status report deadline: | **August 30, 2024** |
| Jury trial: | **September 9, 2024** |

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

July 19, 2024                                         s/Michael J. Newman
                                                     Hon. Michael J. Newman
                                                     United States District Judge